UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JENNIFER J. MILLER,

    Plaintiff,

v.    Case No. 18-C-1721

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

    Defendant.

## ORDER

On April 10, 2019, the court conditionally granted the Commissioner's motion for an extension of time subject to objection by Plaintiff Jennifer Miller. Miller objected on April 15, 2019, because "[t]he Motion of Extension of Time appears to have been filed on April 10, 2019, two days after the April 8, 2019 deadline . . ." and Miller believes there is no justifiable reason the Commissioner needs an additional month. Dkt No. 17. The Commissioner's motion for an extension was filed timely on April 8, 2019. Dkt. No. 14. Counsel for the Commissioner also filed an affidavit in support of its motion, stating that the additional time was necessary given his busy schedule and high caseload. Consequently, because the Commissioner timely filed the motion, has shown good reason for the extension, and the extension does not unduly prejudice Miller, the extension granted by the court remains in effect. The Commissioner's response brief or other appropriate pleading is due by May 8, 2019, and Plaintiff's Reply is due May 23, 2019.

**SO ORDERED** this  17th  day of April, 2019.

                              s/ William C. Griesbach
                              William C. Griesbach, Chief Judge
                              United States District Court